Kenneth Lee Erickson
2804 Canon St.
San Diego, Ca.
92106
619 756-4424
Pro Se.

FILED

07 NOV 30 PM 4:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFONIA, ADMIRLTY

'07CV 2266   LAB CAB

| | |
|---|---|
| KENNETH LEE ERICKSON<br><br>Plaintiff,<br><br>vs.<br><br>CF 6290 TJ a barge, Stanley J Kott an individual and dba Kott Construction, and Does 1 through 10;<br><br>Defendants | Case No.:<br><br>COMPLAINT<br>TO THE COURT OF ADMIRALTY FOR<br>Violation of:<br>Seaman's Wage Act<br>Long Shore and Harbor Workers Act<br>Wages<br><br>Judge:<br>Court:<br>Time :<br>Date : |

Come now the Plaintiff and alleges:

General Allegations

1. The Plaintiff, Kenneth Lee Erickson (hereinafter "ERICKSON"), is and was at all times herein mentioned permitted by the San Diego Unified Port District to do Underwater Construction and Maintenance. The plaintiff, "ERICKSON," has his principle place of residency in San

-1-

Diego, California. The plaintiff "ERICKSON" is a United States Citizen.

2. The defendant Stanley J Kott (hereinafter "KOTT") is, and all times relevant herein, was a licensed California contractor, and having the Class A License number 703986. Defendant "KOTT" is, and all times relevant herein was, a sole proprietor doing business as Kott Construction, under the laws of the State of California and maintains his headquarters and principle place of business in the City of Camarillo, California. Plaintiff is informed and therein believes that the defendant "KOTT" is a Canadian Citizen.

3. The defendant CF 6290 TJ (hereinafter "THE BARGE") is, and all times relevant herein is and was an undocumented, California registered, ocean going construction barge in navigation, and owned by the above mentioned defendant "KOTT," and is sued herein in rem.

4. Defendants Does 1 through 10, inclusive are sued herein under fictitious names. Their true names and capacities are unknown to plaintiff. When their true names and capacities are ascertained, plaintiff will amend this complaint by inserting their true names and capacities herein.

First Cause of Action

(Failure to pay LSHW wages)

5. Plaintiff incorporated by reference Paragraphs 1 - 4 of the above complaint as though fully set out herein.

6. On or about June 18, 2007 the defendant "KOTT" told the plaintiff "ERICKSON" that there had been an accident, at the Coronado Cays, involving "THE BARGE". At the Special request of defendant "KOTT," plaintiff "ERICKSON" did dive at the site, situated at 32 Admiralty Cross, in Coronado, California and assist "THE BARGE" in the removal of the underwater debris, the re-hoisting and re-positioning of two lost pilings which were then placed back on "THE BARGE", and, the climbing of the hoist mast and jib boom to place the main hoisting cable back on the jib pulley. The plaintiff "ERICKSON" accomplished the above mentioned diving work in two days. The rate for this work is $250.00 per day for a total of $500.00. Defendant agreed to pay the plaintiff the sum of $500.00 for his labor.

7. Although plaintiff has repeatedly demanded that defendant pay him the sum of $500.00 for diving services for the work and labor performed, the sum still remaining to b paid by defendant, defendant has failed and refused, still fails and refuses, to make the payment, or any part thereof, and no part of that sum has been paid.

## Second Cause of Action

(Unpaid Seaman Wages)

8. Plaintiff incorporated by reference Paragraphs 1 - 9 of the above complaint as though fully set out herein.

9. On or about June 22, 2007 "KOTT" told "ERICKSON" that he need assistance in moving "THE BARGE," setting the positioning feet (spuds) on the seabed floor and strapping and lifting the pilings, drilling the hole

in the seabed for the piling and inserting the piling in the seabed floor at "32 Admiralty Cross," in Coronado, California. And, such other work as rebuilding the damaged floats system as used by "THE BARGE" at "61 The Point," in Coronado, California.

10. At the special request of defendant, plaintiff worked on "THE BARGE" as a seaman from June 22, 2007 until June 30, 2007. Defendant agreed to pay plaintiff the sum of $100.00 per day for his labor.

11. Plaintiff "ERICKSON" employment duties contributed to the function of "THE BARGE" and to the accomplishment of the mission. Plaintiff had a connection to "THE BARGE" while it was in navigation that was substantial in terms of both its duration and nature in that plaintiff worked for the defendant as a seaman for 8 days.

12. Although plaintiff has repeatedly demanded that defendant pay him the sum of $800.00 for the work and labor performed as a seaman on "THE BARGE," the sum still remaining to be paid by defendant, defendant has failed and refused, still fails and refuses, to make the payment, or any part thereof, and no part of that sum has been paid.

13. The total seaman wages accrued to the plaintiff for the 8 days of work is $800.00 dollars.

General Allegations (Cont.)

(Provision of Necessaries)

14. Plaintiff incorporated by reference Paragraphs 1 – 13 of the above complaint as though fully set out herein.

15. During the abovementioned 8 days of work the plaintiff "ERICKSON" lent the defendant $400.00 for "necessaries" to complete the work that the

    defendants "THE BARGE" and "KOTT" needed to complete the above-mentioned work.

16. On or about July 20, 2007 the Defendant "KOTT" paid the plaintiff $200.00 dollars. And, on or about August 15, 2007 defendant "KOTT" paid the plaintiff $200.00 dollars.

17. Plaintiff is informed and therein believes it to be true that the abovementioned sums totaling the amount of $400.00 dollars is payment of the monies provided by plaintiff for "necessaries."

## Third Cause of Action

(Penalty for failure to pay LSHW wages)

18. Plaintiff incorporated by reference Paragraphs 1 – 17 of the above complaint as though fully set out herein.

19. Plaintiff is informed and therein believes that where state law and federal laws govern the failure of and employer to pay wages; plaintiff may elect to prosecute said failure under either or both laws.

20. After June 23, 2007, defendant failed to pay plaintiff any of the amounts due, as set forth in First Cause of action above, and this failure is a violation of the LONGSHORE AND HARBOR WORKERS ACT. And, alternatively it is a violation of the California Labor Code 201. And, after July 23, 2007 defendant's refusal and continued failure to pay the wages, as set forth in First Cause of action above, is a penalty violation pursuant to California Labor Code 203 in which the after one month of failure to, and continued refusal to pay wages due, the amount of the wage is double.

///

Fourth Cause of Action

(Seaman's Penalty Wages)

21. Plaintiff incorporated by reference Paragraphs 1 - 20 of the above complaint as though fully set out herein.

22. After June 30, 2007, defendant refusal and continued failure to pay the wages as described in paragraph 6 is a violation pursuant to THE SEMANS WAGE ACT wherein If within 24 hours of the termination of labor the payment is not made "without sufficient cause" the seaman must be paid "two days" wage for each day delayed" (46 U.S.C. § 10313 (f)).

Fifth Cause of Action

(Attorney fees and costs)

23. Plaintiff incorporated by reference Paragraphs 1 - 22 of the above complaint as though fully set out herein.

24. Pursuant to California Labor Code section 218.5 plaintiff request that the court award plaintiff reasonable attorney' fees and cost incurred by him in this action.

Sixth Cause of Action

(Insertion of interest)

25. Plaintiff incorporated by reference Paragraphs 1 - 24 of the above complaint as though fully set out herein.

26. Pursuant to California Labor code Sections 3289(b), plaintiff request that the court award plaintiff interest on all due and unpaid wages, at the legal rate specified by Civil Code Section 3289(b), accruing from the date the wages were due and payable.

///

Wherefore plaintiff prays judgment against defendant as follows:

1(a). For compensatory damages in the amount of $500.00, representing wages for diving;

(b). For compensatory damages in the amount of $800.00 dollars representing seaman's wages;

2(a). For penalties in the amount of $500.00 for failure to pay diving wages due after July 22, 2007 pursuant to California Labor Code Section 203;

(b) For "Seaman's Penalties Wages" at the rate of $200.00 per day times 153 days since the 30th of June, 2007 until the end of November for a total of $30,600.00 and thereafter continuing the rate of $200.00 dollars per day until paid;

3. for reasonable attorney's fees pursuant to California Labor Code Section 218.5;

4. For cost of suit herein incurred; and

5. For interest on the amount of to be determined at trial from date compensation due;

6. For such other and further relief as the court may deem app0ropriate.

Kenneth Lee Erickson          11/30/2007

*[signature]*

I, Kenneth, am the plaintiff in the above-entitled action. I have read the foregoing complain and know the contents thereof. The same is true of my own knowledge, except as to those matters which here therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Kenneth Lee Erickson          11/30/2007

*[signature]*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Kenneth Loe Erickson

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se
2804 Cannon St, San Diego 92106

**DEFENDANTS** Stanley Kott Construction
CF 6290 TJ
County of Residence of First Listed Defendant  Camarillo, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
'07CV 2266   LAB CAB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331  Seaman's Wage Act / Long Shore & Harbor Worker Act
Brief description of cause:
Failure to pay wages & penalties

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  Nov 30, 2007
SIGNATURE OF ATTORNEY OF RECORD  Kenneth Erickson

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____