FILED
07 NOV 30 PM 4:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

PLAINTIFF/PETITIONER/MOVANT'S NAME: Kenneth Erickson

PRISON NUMBER:

PLACE OF CONFINEMENT:

ADDRESS: 2804 Canon St
San Diego CA
92106
619 756-4424

# United States District Court
## Southern District Of California

Kenneth Lee Erickson

Plaintiff/Petitioner/Movant

Stanley J. Kott, Kott Construction
CF6290 TJ, Does 1-10

Defendant/Respondent

Civil No. 07CV 2266 LAB CAB

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Kenneth Lee Erickson declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?         ☐ Yes ☐ No
    Do you receive any payment from the institution? ☐ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   June 19-30   But no wages paid
   ($1200)   Stanley J Koth  5022 Caminito Luisa
   Camarillo CA  93012  (805) 701 0693

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☒ Yes ☐ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   I Dive when I can otherwise I do
   Can & Bottles - some times $10 per day

4. Do you have any checking account(s)? (Yes) ☐ No
   a. Name(s) and address(es) of bank(s): W Mutute Downtown
   b. Present balance in account(s): $131.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes (No)
   a. Make:                 Year:              Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
  ☐ Yes  ☒ No
  If "Yes" describe the property and state its value. *I live on a 28' Boat that was given to me, I don't believe it is worth more than $500.00*

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *None*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
  *$200 for a Dingy Repair since March*
  *$75 injector 2 monts*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): *None*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
  *$10 sometimes in Bottles & Cans*

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE  *Nov 30, 2007*        SIGNATURE OF APPLICANT