UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES



FILED

08 JAN -3 PM 3:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Burns
FROM: K.Hammerly  Deputy Clerk      RECEIVED DATE: 12/27/2007
CASE NO.: 07cv2266            DOCUMENT FILED BY: Defendant
CASE TITLE: Erickson v. CF 6290 TJ a Barge, et al
DOCUMENT ENTITLED: Answer to Summons

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Improper format; pleadings are not accepted from non-parties to the litigation |

Date forwarded: 12/28/2007

ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS**
~~U.S. DISTRICT JUDGE~~

Dated: 1-3-08
By: /s/ Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

| | | |
|---|---|---|
| 1 | REFERENCE: | '07CV 2266 |
| 2 | | KENNETH L. ERICKSON, Plantiff |
| 3 | | vs |
| 4 | | CF 6290 TJ a Barge, STANLEY J. KOTT, an individual |
| 5 | | and dba: KOTT CONSTRUCTION, Defendant |

8  On August 08, 2007, CF 6290 TJ was purchased by Hansen Dock and Mooring
9  Services, LLC, (JAMES C. HANSEN) 4918 North Harbor Drive, Suite 202,
10 San Diego, CA 92106.
11 Stanley Kott, owner of CF 6290 TJ represented the property to be free and clear
12 of all Liens on the date of the sale, August 08, 2007.
13 I WILL PROTEST THE LIEN RECORDED BY K. L. ERICKSON ON MY
14 PROPERTY (CR 6290 TJ).
15 *[signature]*
16 JAMES C. HANSEN for
17 Hansen Dock and Mooring Services, LLC