**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: KENNETH LEE ERICKSON | COURT CASE NUMBER: 07CV2266 LAB (CAB) |
| DEFENDANT: STANLEY J KOTT et.al. | TYPE OF PROCESS: |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
STANLEY J KOTT

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
52 Broadmoor Ln, Rotonda West, FL 33947-190

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kenneth Lee Erickson
2808 Canon St
San Diego, CA. 92106-2742

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The above address is a house owned by his wife, Bobette Stanbridge, in trust. Mr Kott is an older man about 60 years.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 619 756-4424
DATE: 1-24-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 98
District to Serve No. 18
Signature of Authorized USMS Deputy or Clerk
Date: 1/24/08

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2-5-08    Time: 12:49 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 43.65 | | 133.65 | | | |

REMARKS: 01-25-08 - Fwd to M/FL & JDS (018) - FWD to Ft. Myers for service 1/29/08

PRIOR EDITIONS MAY BE USED        2. USMS RECORD        FORM USM-285 (Rev. 12/15/80)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kenneth Lee Erickson

vs

M/V CF 6290 TJ, Stanley J. Kott

**SUMMONS IN A CIVIL ACTION**

Case No.    07cv2266-LAB-CAB

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kenneth Lee Erickson

2804 Canon Street
San Diego, CA 92106

   An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.              December 6, 2007

Clerk of Court                              DATE

By, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action