

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, ADMIRALTY

[Court name]

| | |
|---|---|
| **KENNETH LEE ERICKSON,** | ) Case No.: 07CV2266 |
| Plaintiff, | ) **REQUEST FOR CONTINUANCE** |
| vs. | ) |
| **CF 6290 TJ, STANLEY J KOTT** | ) Judge: Hon. Cathy Ann Bencivengo |
| an individual | ) Court: United States Courthouse |
| And dba **KOTT CONSTRUCTION**, and Does 1 through 10; | ) Time: 10:00 a.m. |
| Defendants | ) Date: April 4, 2008 |

**REQUEST FOR CONTINUANCE**

On February 28th 2008 at 3:30 Pm I was driving south on US rte 41 and I stopped for a red light behind traffic. About 20 seconds later I was struck from the rear by third party and

OK PER CHAMBERS

[Summary of pleading] - 1

I sustained injuries to my lower back and my shoulder and neck areas. I have been under the doctors' care since then and I have been trying to maintain a regimen of medication, rest and ultra sound treatments. I have not even started physical therapy yet as I am not progressing as quickly as I would like to alleviate the soft tissue damage and pain. There have been a few complications with my medications which has slowed my progress.

Doctor Bordy has advised me to not interrupt my treatment as evidenced by the attached note and he has asked me to request a continuance until mid May as he feels with the scope of my injuries and response to treatment so far I should not leave Florida until that time.

I respectfully request understanding from the court to allow these proceedings to be set aside until mid May 2008.

In an effort to get this over as quickly as possible I would gladly make an appearance on April 4th telephonically. I will follow the judges' decision on that option if it is made available to me.

_Stanley J. Kott 3/19/08_   Stanley J. Kott      March 19, 2008

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Stanley J. Kott        March 19, 2008

_Stanley J. Kott 3/19/2008_

[**Summary of pleading**] - 2

---

**THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND**

Telephone: (941) 426-4900  
Fax: (941) 429-1900

DEA #_____

**PASCAL BORDY, M.D.**  
*Board Certified Family Medicine*

13815 Tamiami Trail                                       North Port, Florida 34287

Name ___STAN LOTT___                    Date __01/19/08__

Address _____

STAN has sustained injuries and will not be able to leave till the middle of May, we do not want to interrupt his treatments at the time.

☐ Label

Refill - 0 - 1 - 2 - 3 - 4 - PRN      _____, M.D.

**VERIFICATION BOX: HOLD BETWEEN THUMB & FOREFINGER OR BREATHE ON IT. COLOR WILL DISAPPEAR, THEN REAPPEAR.**

1   Page 1

2                                    Stanley J. Kott

3           52 Broadmoor Lane Rotonda West, Fl. 33947 941 830-8868
                                  Pro Se.          *Stanley J. Kott*
4                                                  _____
5                                                  [Attorneys/names]

6                              **PROOF OF SERVICE**

7                    **STATE OF FLORIDA, COUNTY OF CHARLOTTE**

8       I am employed AND I reside in the county of Charlotte, State of

9   Florida, I am over the age of 18 and not a party to the within action;  My

10  address is 110 Mark Twain Ln. Rotonda West, Fl. 33947

11      On March 21, 2008 , 2008, I served the foregoing document, described as

12  **REQEST FOR CONTINUANCE.**

13  On the interested parties in this action by placing a true copy thereof

14  enclosed in a sealed envelope, addressed as follows:

15  **KENNETH LEE ERICKSON**                    **HANSEN DOCK AND MOORING COMPANY**

16  **2804 CANON STREET**                       **STE. 202 4918   N.   HARBOR BLVD.**

17  **SAN DIEGO, CA. 92106**                    **SAN DIEGO, CA. 92106**

18

19  **SURETY COMPANY OF THE PACIFIC**

20  **6345 BALBOA BLVD. BLDG. 2 STE.325**

21  **ENCINO, CALIFORNIA, 91316-1517**

22  **ATTENTION,    CATHY TORABI**

23

24  **By Mail_X_**       I am "readily familiar" with the practice of collection and

25                  Processing correspondence for mailing. Under that practice it

26                  Would be deposited with U.S. postal service on that same day

27              with postage thereon fully prepaid at Englewood, Florida, in

28                  The ordinary course of business.  I am aware that on motion

29                  Of party served, service is presumed invalid if postal

30                      Cancellation date or postage meter date is more than one

31                      Date after date of deposit for mailing in affidavit.

32

                              [Summary of pleading] - 4

Page 2

I declare under penalty of perjury under the laws of the State of Florida That the above is true and correct.

Executed on March 21, 2008, at Englewood, Florida.

*[signature]*
Tiffany Gnad

[Summary of pleading] - 5