UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE ERICKSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CF 6290 TJ; and STANLEY J. KOTT an individual and dba KOTT CONSTRUCTION,<br><br>　　　　　　　　　　　Defendants. | Civil No.　07cv2266-LAB (CAB)<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC**<br>**[Doc. No. 10]** |

　　An Early Neutral Evaluation Conference ("ENE") is currently scheduled for **April 4, 2008, at 10:00 a.m.** in this case. On March 25, 2008, Defendant Stanley Kott filed a "Request for Continuance" of the ENE citing medical reasons. [Doc. No. 10.] Based upon Mr. Kott's request, the Court hereby **CONVERTS** the **ENE** to a **TELEPHONIC** hearing. The parties do not need to appear in person for the ENE. The Court will initiate the conference call. Plaintiff and Defendant shall be available at **10:00 a.m. PST on April 4, 2008,** at their respective phone numbers listed on the docket (or at an alternate phone number provided to the Court at least 24 hours in advance of the ENE).

　　**IT IS SO ORDERED.**

DATED: March 27, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CATHY ANN BENCIVENGO**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge