```
Kenneth Lee Erickson
2804 Cañon St.
San Diego, Ca. 92106
erickskl@yahoo.com
619 756-4424
Pro Se.
```



FILED APR - 2 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA, ADMIRALTY

| | |
|---|---|
| KENNETH LEE ERICKSON<br><br>Plaintiff,<br><br>vs.<br><br>CF 6290 TJ a barge, Stanley J Kott an individual and dba Kott Construction, and Does 1 through 10;<br><br>Defendants | Case No.: 07cv2266-LAB (CAB)<br><br>**OPPOSITION to REQUEST FOR CONTINUANCE**<br><br>FRCP 46<br><br>Judge: Magistrate CATHY ANN BENCIVENGO<br>Court: Room 1131<br>Address: 940 Front St, San Diego, CA.<br>Time: 10:00 A.M.<br>Date: April 4, 2008 |

Comes now the Plaintiff, Kenneth Lee Erickson in opposition to the defendant, Stan Kott's ("KOTT") request for a continuance or in the alternative a telephonic appearance for the following reasons:

1. The defendant states that he was involved in a serious auto accident on February 28, 2008 and sustained serious injuries thereon. The defendant does not offer a police report naming and identifying independently the three vehicles and their drivers, but instead offers 1 supporting document (Request for Continuance Exhibit 1. Attached) which is a copy of an unnumbered DEA prescription pad from Doctor Pascal Pierre Brody MD of 13815 Tamiami Trail,

Case No.: CV 07-2266

**OPPOSITION to REQUEST FOR CONTINUANCE**

-1-

1  North Port, Florida (*id page 3*). The document is dated 01/17/08 which is
2  more than 6 weeks before the accident and therefore defendant's claims cannot
3  be trusted.

4  2. Early Neutral Evaluation Conference ("ENC") [d]iscussions will be
5  informal, off the record, privileged, and confidential (emphasis added).
6  However, allowing the defendant to make a telephonic appearance would not
7  guarantee that the above-mentioned goals of the ENC would be met.  The
8  defendant might among other things, tape-record the conference.

12  Respectfully Submitted,

14  Kenneth Lee Erickson,
15  3/29/2008

Case No.: CV 07-2266

**OPPOSITION to REQUEST FOR CONTINUANCE**

-1-

**Exhibit 1.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA, ADMIRALTY

[Court name]

| | |
|---|---|
| **KENNETH LEE ERICKSON,** | ) Case No.: 07CV2266 |
| Plaintiff, | ) **REQUEST FOR CONTINUANCE** |
| vs. | ) |
| **CF 6290 TJ, STANLEY J KOTT** | ) Judge: Hon. Cathy Ann Bencivengo |
| an individual | ) Court: United States Courthouse |
| And dba **KOTT CONSTRUCTION,** and Does | ) Time: 10:00 a.m. |
| 1 through 10; | ) Date: April 4, 2008 |
| Defendants | |

REQUEST FOR CONTINUANCE

On February 28th 2008 at 3:30 Pm I was driving south on US rte 41 and I stopped for a red light behind traffic. About 20 seconds later I was struck from the rear by third party and

[Summary of pleading] - 1

I sustained injuries to my lower back and my shoulder and neck areas. I have been under the doctors' care since then and I have been trying to maintain a regimen of medication, rest and ultra sound treatments. I have not even started physical therapy yet as I am not progressing as quickly as I would like to alleviate the soft tissue damage and pain. There have been a few complications with my medications which has slowed my progress.

Doctor Bordy has advised me to not interrupt my treatment as evidenced by the attached note and he has asked me to request a continuance until mid May as he feels with the scope of my injuries and response to treatment so far I should not leave Florida until that time.

I respectfully request understanding from the court to allow these proceedings to be set aside until mid May 2008.

In an effort to get this over as quickly as possible I would gladly make an appearance on April 4th telephonically. I will follow the judges' decision on that option if it is made available to me.

_____ Stanley J. Kott    March 19, 2008

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Stanley J. Kott    March 19, 2008

_____ 3/19/2008

[Summary of pleading] - 2

---

**THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND**

Telephone: (941) 426-4900　　　　　　　　　　　　　DEA #_____
Fax: (941) 429-1900

**PASCAL BORDY, M.D.**
*Board Certified Family Medicine*

13815 Tamiami Trail　　　　　　　　　　　　　　　　North Port, Florida 34287

Name  STAN LOTT.　　　　　　　　　　　　　Date  02/19/08.

Address _____

STAN Has sustained injuries and
will not be able to leave till
the middle of may, we do not want to
interrupt his treatments at the Vee.

☐ Label

Refill - 0 - 1 - 2 - 3 - 4 - PRN　　　　　　　　_____, M.D.

**VERIFICATION BOX:** HOLD BETWEEN THUMB & FOREFINGER
OR BREATHE ON IT. COLOR WILL DISAPPEAR, THEN REAPPEAR.

---

3

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFONIA, ADMIRLTY

| | |
|---|---|
| KENNETH LEE ERICKSON<br><br>        Plaintiff,<br><br>vs.<br><br>CF 6290 TJ a barge, Stanley J Kott an individual and dba Kott Construction, and Does 1 through 10;<br><br>        Defendants | Case No.: 07cv2266 (LAB) CAB<br><br>DECLARATION OF SERVICE<br><br>PERSON SERVED: Stanley J. Kott, CF 6290 TJ a barge, Surety Company of the Pacific<br><br>DATE SERVED:     3/31/2008 |

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents

Opposition to Request for Continuance, and Exhibit A; and, Consent Form to Proceed Before a United States Magistrate.

   1. In the following manner:

   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below; and, depositing each in the U.S. Mails at San Diego, Ca. on 3/31/2008.

CF 6290 TJ, a barge
C/O Hansen Dock and Mooring Company
4918 North Harbor Dr. Suite 202
San Diego, Ca.
92106

Surety Company of the Pacific
Kathy Torabi
For bond # 800216
6345 Balboa Blvd. Building 2 suite 325
Encino. Ca.
91410-9232

CF 6290 TJ, a barge
C/O Roger Haskell att.
1719 Valkyria Lane
El Cajon, Ca.
92019

Stanley J. Kott
52 Broadmoor Lane
Rotonda West, Florida
33947

Executed on 3/31/2008 at San Diego, California

George Robinson

-1-