```
1  LAW OFFICES OF ROGER L. HASKELL
   ROGER L. HASKELL 147170
2  1717 Valkyria Lane
   El Cajon, California 92019
3  (619)243-9309 tel.
   (310)496-1533 fax.
   mailto:sanhaskell@aim.com  4  sanhaskell@aim.com
```

5

6                    UNITED STATES DISTRICT COURT

7                    SOUTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| KENNETH LEE ERICKSON, | ) Civil Case No. 07CV2266-LAB (CAB) |
| Plaintiff, | ) NOTICE OF APPEARANCE ROGER L. HASKELL |
| v. | ) |
| CF 6290 TJ, STANLEY J. KOTT an individual and dba KOTT CONSTRUCTION | ) |

14  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

15       PLEASE TAKE NOTICE that Roger L. Haskell (sanhaskell@aim.com) of the Law

16  Offices of Roger L. Haskell, hereby enters his appearance on behalf of defendant CF

17  6290 TJ in the Kenneth Lee Erickson litigation, No. 07CV2266-LAB (CAB) (S.D. Cal.)

18  and requests that all pleadings, notice, orders and correspondence and other papers in

19  connection with this action be served upon him at the e-mail address listed above.

20  Dated: April 2, 2008           LAW OFFICES OF ROGER L. HASKELL
                                   ROGER L. HASKELL

21

22                                 __s/ROGER L.HASKELL__
                                   ROGER L. HASKELL

23