Kenneth Lee Erickson
2804 Cañon St.
San Diego, Ca. 92106
erickskl@yahoo.com
619 756-4424
Pro Se.

*Received in Chambers*
*MAY 16 2008*
*Hon. Cathy Ann Bencivengo*

**FILED**
MAY 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA, ADMIRALTY

| | |
|---|---|
| KENNETH LEE ERICKSON<br><br>Plaintiff,<br><br>vs.<br><br>CF 6290 TJ a barge, Stanley J Kott an individual and dba Kott Construction, and Does 1 through 10;<br><br>Defendants | Case No.: 07cv2266-LAB (CAB)<br><br>**Ex-party Motion or Application<br>for Order Issuing Warrant of Arrest**<br><br>Judge: Magistrate CATHY ANN BENCIVENGO<br>Court: Room 1131<br>Address: 940 Front St, San Diego, CA.<br>Time:<br>Date: May 16, 2008 |

Comes now the Plaintiff, Kenneth Lee Erickson, and makes application or where approiate a motion for an order **Issuing a Warrant of Arrest** for the vessel CF 6290 TJ.

This application or motion is made for "Good Cause" as set forth in the declaration of Kenneth Lee Erickson, memorandum of points and authorities, exhibits and as attached hereafter.

Respectfully Submitted,

*/s/ Kenneth Lee Erickson*

Kenneth Lee Erickson                                Friday, May 16, 2008

*OK PER CHAMBERS*

Case No.: CV 07-2266

**Ex-party Motion or Application for Order Issuing Warent of Arrest**

-1-

### Declaration of Kenneth Lee Erickson

On April 4, 2008, Plaintiff was a part of an Early Neutral Evaluation Conference with defendant, CF 6290 TJ, represented by attorney at law Roger Haskell ESQ. At that conference the attorney at law Roger Haskell asked for the concession that the vessel not be arrested, and in consideration for this concession, he offered that his clients would not remove the vessel from San Diego. The plaintiff accepted this method to vouch safe his security in the above-entitled maritime tort claim.

Absent any showing in the INITIAL DISCLOSURE there was any legitimate business to be conducted with the vessel CF 6290 TJ, Plaintiff started independent research in to the activities of Hansen Dock and Mooring Service, LLC. On May 15, 2008, Plaintiff discovered by "Googling" the term "Hansen Dock and Mooring Service" that instead of using the vessel in their business, the Hansen Dock and Mooring Service is actively engaged a WORLD WIDE WEB effort to sell the vessel CF 6290 TJ. (A copy of the web site is attached together with the hyperlink web address, attached as **Exhibit A**)

The Plaintiff, Kenneth Lee Erickson, recognizes that the vessel depicted on that web page is defendant, CF 6290 TJ.

Respectfully Submitted,

Kenneth Lee Erickson                                          5/16/2008

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Kenneth Lee Erickson                                          5/16/2008

Case No.: CV 07-2266

**Ex-party Motion or Application for Order Issuing Warrant of Arrest**

-1-

Exhibit A

Case 3:07-cv-02266-LAB-CAB    Document 22    Filed 05/16/2008    Page 3 of 5

http://barges.apolloduck.com/display.phtml?aid=81342

## For Sale: Self Propelled Spud Barge

Category: Barges > Coastal Barge



View Full Size Image

Company: HANSEN DOCK AND MOORING SERVICES, LLC

Address: 4918 N. Harbor Dr., #202
City: San Diego
State: CA
Zip: 92106
Country: US

Phone: 619-699-9998

Email: sddockandmooring@att.net

Vessel type: SELF PROPELLED Spud Barge with Hyd. Crane

Length: 36 ft.
Breadth: 22' ft.- 10 in.
Depth: 3 ft.
Draft: 10 in.

Main Engine: Gray 6-71 Rebuilt (6 hrs. running time)

Fuel Cap: 80 US gal (approx.)
Range: Ukn

Construction Type: Steel
YearConstructed: 1967
Lastdocked: 2002
Flag: US
Location: San Diego, CA
In-Operatoin now: Yes

Asking Price: $119,000 (See below for As Is Price - $109,000)

NOTE: Many additional quality closeup pictures of Engine Bay - Engine, Transmission, Crane, Hyd. Hoses, Winches, Cables, Wheelhouse, etc. are available upon request.

Descriprion:
SELF PROPELLED, SECTIONAL. SPUD BARGE SAN DIEGO, CA

This unique Self Propelled Spud Barge with rigidly mounted Hydraulic Crane is ideal for Piling, Pier / Dock and Seawall construction. Additional revenue producing uses are: Engine and Gensets swaps, lifting heavy deck equipment, salvage, etc. Crane lifting capacity is highly variable depending on floatation and horizontal reach of crane boom- charts must be referenced.

Vessel is composed of eight sections and highway transportable to your location. Recent all new Zinc which have been always been replaced on a regular schedule.

The RO Products (TREX) Hydraulic Crane has all new hydraulic hoses and two winches with all new galvanized cable. A 20 ft. Jib with new cables is included for the long reach you may need.

A REBUILT 6-71 with SIX OPERATING HOURS mounted in a

completely cleaned and repainted engine bay with a Capital Gear transmission turning a four blade prop. New engine instruments including tachometer monitor the new engine. Vessel cruise speed is approximately 5 kts. with unknown fuel burn.

An auxiliary GM 4-71 powers a Vickers Hydraulic Pump and Gardner Denver high pressure Jet Pump The 4-71 will be soon be replaced with a rebuilt 4-71 – please see NOTE below. Hydraulic powered Spud Winches operate the two six inch Spuds approx. 25 ft. in length.

The vessel has been in daily use while undergoing a complete rebuild of topside major systems including repaint.

PRICE NOW (Apr. 15 / 08), AS IS - $109,000.

NOTE: Our restoration effort is on-going. The deck surface repair & painting (with new deck plate & rust cleanup) and auxiliary 4-71 replacement are the only items remaining.

PRICE WITH ALL WORK COMPLETED - $119,000.

Please refer to the picture. Many additional quality closeup pictures of Engine Bay - Engine, Transmission, Crane, Hyd. Hoses, Winches, Cables, Wheelhouse, etc. are available upon request.

**Status:** Available

**Price:** USD 119,000   |   USD

**Location:** San Diego USA

**Contact:** HANSEN DOCK & MOORING - Jim Hansen  [Send Enquiry]
**Telephone:** 619-699-9998

Advert ID: 81342  (Private Advertiser)  Posted: 2008-03-27 15:54:56 GMT