UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE ERICKSON,<br><br>   Plaintiff,<br><br>v.<br><br>CF 6290 TJ, a barge, STANLEY J. KOTT, an individual and doing business as KOTT CONSTRUCTION,<br><br>   Defendants. | Civil No.   07cv2266-LAB (CAB)<br><br>**ORDER REGARDING ARREST OF DEFENDANT VESSEL CR 6290 TJ** |

On May 16, 2008, Plaintiff Kenneth Lee Erickson, in *pro se,* submitted an *Ex Parte* Application for an Order Issuing a Warrant of Arrest of Defendant vessel CR 6290 TJ ("the Vessel"). The Vessel is claimed as security on the Plaintiff's maritime tort claim. On April 4, 2008, Plaintiff and counsel for Hansen Dock and Mooring Services, LLC ("Hansen"), the owner of the Vessel, agreed that a warrant of arrest would not be necessary, as Hansen agreed not to move the Vessel from this judicial district, not to convey it to another party or encumber it with any liens or other obligations during the pendency of this lawsuit. On May 15, 2008, Plaintiff discovered that Hansen was engaged in an effort to sell the Vessel via an internet listing and therefore moved this court *ex parte* for a warrant of arrest.

On May 19, 2008, during a scheduled Case Management Conference, counsel for Hansen informed the Court that the offer for sale was in error and the listing would be removed and that his client understands his obligations to maintain custody of the Vessel pending a Court

1 | order to the contrary. To confirm that representation, Hansen is **HEREBY ORDERED** to provide
2 | the Court with a declaration, <u>**no later than May 23, 2008**</u>, stating that (1) the offer to sell the
3 | Vessel has been removed from any and all internet sites; (2) that Hansen will not move the Vessel
4 | from this judicial district; and (3) that Hansen will not convey the Vessel to another party or
5 | encumber it with any liens or obligations during the pendency of this lawsuit. If Hansen, as owner
6 | of the Defendant Vessel does not timely confirm this obligation, the Court will enter an Order
7 | Issuing a Warrant of Arrest of the Defendant Vessel.

**IT IS SO ORDERED.**

DATED: May 19, 2008

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge