

FILED

5/25/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                           DEPUTY

**Kenneth Lee Erickson**                                    07cv2266 LAB(CAB)

-v-

**M/V CF 6290 TJ, et al.**

# STRICKEN DOCUMENT

24-Declaration of Jim Hansen

**24**