Case: 3:07cv2266

Returned Mail
No forwarding address    5/27/08

Kenneth Lee Erickson
2804 Canon St.
San Diego, CA 92106

MIME-Version:1.0 From:efile_information@casd.uscourts.gov To:casd.uscourts.gov Bcc: Message-Id:<2606619@casd.uscourts.gov>Subject:Activity in Case 3:07-cv-02266-LAB-CAB Erickson v. M/V CF 6290 TJ et al Scheduling Order Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

U.S. District Court

Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 5/20/2008 at 9:02 AM PDT and filed on 5/19/2008

**Case Name:**        Erickson v. M/V CF 6290 TJ et al

**Case Number:**      3:07-cv-2266

**Filer:**

**Document Number:**  21

**Docket Text:**
Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings: A Case Management Conference was held on May 19, 2008. A Mandatory Settlement Conference shall be conducted on December 15, 2008, at 2:00 p.m. in the chambers of Magistrate Judge Bencivengo. The final Pretrial Conference is scheduled on the calendar of the Hon. Larry A Burns on May 18, 2009 at 11:45 a.m. Signed by Magistrate Judge Cathy Ann Bencivengo on 5/19/08. (pdc)

**3:07-cv-2266 Notice has been electronically mailed to:**
Roger Leslie Haskell  sanhaskell@aol.com

**3:07-cv-2266 Notice has been delivered by other means to:**
Kenneth Lee Erickson
2804 Canon St.
San Diego, CA 92106
Stanley J. Kott
52 Broadmoor Lane
Rotonda West, FL 33947
Stanley J. Kott
52 Broadmoor Lane
Rotonda West, FL 33947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=5/20/2008] [FileNumber=2606617-0
] [c7cfa19fbde5389e27c2c9f129b3c8b531456b7fd9503b43fb2813da6ad1217231d
849c8e2cbb1bf1725fe2864b541b0719a10b908f75080ea3642666ee80c23]]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE ERICKSON,<br><br>                         Plaintiff,<br><br>v.<br><br>CF 6290 TJ, a barge, STANLEY J. KOTT, an individual and doing business as KOTT CONSTRUCTION,<br><br>                       Defendants. | Civil No.   07cv2266-LAB (CAB)<br><br>**CASE MANAGEMENT CONFERENCE ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS**<br><br>**(Fed. R. Civ. P. 16)**<br>**(Local Rule 16.1)**<br>**(Fed. R. Civ. P. 26)** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Case Management Conference was held on May 19, 2008. After consulting with the parties in *pro per*, the attorney of record for defendant CF 6290 TJ, and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant M/V CF 6290 TJ (which has appeared in this case by and through it's attorney, Roger L. Haskell [Doc. No. 15]), shall file a responsive pleading on or before **June 6, 2008**.

2. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be *filed* on or before **June 19, 2008**.

3. The parties shall designate their respective case-in-chief experts in writing by **August 19, 2008**. Rebuttal experts shall be designated on or before **September 2, 2008**. The written designations shall include the name, address and telephone number of the expert and a

1

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS





049J82045259

$00.590
05/20/2008
Mailed From 92132
US POSTAGE

LAB

Kenneth Lee Erickson
2804 Canon St.
San Diego, CA 92106

NIXIE       921    5E 1         72 05/24/08
            RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 92101892965        *0304-12193-20-42