UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

| | |
|---|---|
| CASE NO.: | **07cv2266-LAB (CAB)** |
| CASE TITLE: | **Erickson v. M/V CF 6290 TJ** |
| E-FILED DATE: | **5/25/08**   DOCKET NOS.: **24** |
| DOCUMENT TITLE: | **Declaration of Jim Hansen** |
| DOCUMENT FILED BY: | **Roger Haskell** |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| X | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|   | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
| X | ECF § 2(d) | Lacking certificate of service |
|   | ECF § 2(f) | Lacking proper signature |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| X | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation. **Document is not in pleading format** |
|   | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
|   | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
|   | Civ. L. Rule 7.1 | Missing table of contents |
|   | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
|   |   | OTHER: |

**IT IS HEREBY ORDERED**:

|   |   |
|---|---|
|   | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected. It is ordered that the Clerk **STRIKE** the documents from the record, and serve a copy of this order on all parties.<br>**\*\*\*Counsel shall file a proper declaration with a proof of service immediately.\*\*\*** |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED: May 27, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge