# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kenneth Lee Erickson

vs

M/V CF 6290 TJ, Stanley J. Kott

08 MAY 22 PM 4:28

**SUMMONS IN A CIVIL ACTION**

Case No.  07cv2266-LAB-CAB

cp  DEPUTY

TO: (Name and Address of Defendant)

CF 6290 TJ, A Barge
Driscol's Warf
America's Cup Harbor

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kenneth Lee Erickson

2804 Canon Street
San Diego, CA 92106

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                           December 6, 2007

Clerk of Court                                          DATE
K. MADDEN

By, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE Dec 6, 2007 |
| NAME OF SERVER George Robinson | TITLE None |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Driscol's Wart
America's Cup Harbor
~~Stephen~~ Hansen, Steve P

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were Steve Hansen

[ ] Return unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | $35 | SERVICES | TOTAL | $35 |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Fees is true and correct.

Executed on: Dec 6, 2007
Date

Signature of Server

2726 Shelterk Dr San Diego
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OF ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE UNLESS THE PARTIES AT THE TIME OF THEIR CONSENT TO TRIAL BEFORE A MAGISTRATE AGREE UPON REVIEW BY THE UNITED STATES DISTRICT COURT.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure                summons.frp

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFONIA, ADMIRLTY

| | |
|---|---|
| KENNETH LEE ERICKSON<br><br>Plaintiff,<br><br>vs.<br><br>CF 6290 TJ a barge, Stanley J Kott an individual and dba Kott Construction, and Does 1 through 10;<br><br>Defendants | Case No.: 07cv2266-(LAB)   (CAB)<br><br>DECLARATION OF SERVICE<br><br>PERSON SERVED:<br>CF 6290 TJ, a barge<br><br>DATE SERVED:<br><br>December 6, 2007 |

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents

**A Summons and Complaint**

In the following manner:

   By personally delivering copies to the person or vessel.

   Person served:  Steven Hansen and in the presents of James Hansen

CF 6290 TJ a barge
At Driscoll's Warf
In America's Cup Harbor
San Diego, California


Executed on December 6, 2007 at San Diego, California

George Robinson
619 277-0593

-1-