Kenneth Lee Erickson
2804 Cañon St.
San Diego, Ca. 92106
erickskl@yahoo.com
619 756-4424
Pro Se.



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, ADMIRALTY

| | |
|---|---|
| KENNETH LEE ERICKSON<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CF 6290 TJ a barge, Stanley J Kott an individual and dba Kott Construction, and Does 1 through 10;<br><br>　　　　Defendants | Case No.: 07cv2266-LAB (CAB)<br><br>NOTICE, MOTION, MEMORANDUM of POINTS AND AUTHORITIES, and DECLARATION<br>of KENNETH LEE ERICKSON<br><br>**Motion For Order Compelling Disclosure or Discovery**<br><br>Judge: Hon. CATHY ANN BENCIVENGO<br>Court: Room 1131<br>Address: 940 Front St, San Diego, Ca.<br>Time:<br>Date: |

To defendant, Stanley J. Kott, and to CF 6290 TJ, a barge and her attorney of record:

**NOTICE IS HEREBY GIVEN** that, on date chosen by her Honor CATHY ANN BENCIVENGO or as soon thereafter as the matter may be heard, in front of the her Honor CATHY ANN BENCIVENGO of this court, located at 940 Front St., San Diego, California, plaintiff will, and hereby does, move pursuant to Federal Rules of Civil Procedure §§ **Rule 26(a) and 37** and Southern District Court Local

OK PER
CAB CHAMBERS

Case No.: CV 07-2266
Motion For Order Compelling Disclosure or Discovery

-1-

1  Civil Rule § **26.1 "Deposition and Discovery"** for an Order Compelling
2  Defendants to provide "Initial Disclosure." The motion will be made on the
3  grounds that, neither the defendant CF 6290 TJ, nor the defendant Stanley J.
4  Kott have provided any Initial Disclosure as required under FRCP 26(a).

6  Respectfully Submitted:

7  *[signature: Kenneth Lee Erickson]*

8  Kenneth Lee Erickson    5/27/2008

9  /s/ *Kenneth Lee Erickson*

Case No.: CV 07-2266

Motion For Order Compelling Disclosure or Discovery

-2-

Erickson v. M/V CF 6290 TJ a barge et. al.
Case No.: CV 07-2266

### Declaration of Kenneth Erickson

I am the Plaintiff in the above-entitled action. The Court Ordered all parties to provide **Initial Disclosure** pursuant to FRCP Rule 26(a)(1)(A-D) to occur **before May 12, 2008.** No Initial Disclosure has been provided by the Defendant Stanley J. Kott or the Defendant CF 6290 TJ as represented by attorney at law Roger Haskell Esq.

I have been in contact with attorney at law, Roger Haskell Esq., who represents the defendant party known as CF 6290 TJ, a barge, sued herein in rem. Before, during and after, the Court Ordered "Initial Disclosure" to occur before the date of May 12, 2008, I made numerous attempts by telephone, direct meeting, and email to get the "Initial Disclosure" from the party CF 6290 TJ and her owners, agents or corporation the Hansen Dock and Mooring Service, LLC., Messer James Hansen and Stephen Hansen and others. I attempted to work out their refusal to provide any "Initial Disclosure." On Monday May 12, 8:30am (PDT), I reached the attorney Roger Haskell Esq I asked him why I had not received any response to my numerous telephone calls and email to meet and confer over the "Initial Disclosure" and "The Joint Discovery Plan." He told me that he had dislocated his arm and what with mother's day and all, he had not spoken to his clients or been available.

Case No.: CV 07-2266

Declaration of KLE in support Motion For Order Compelling Disclosure or Discovery

-1-

1  In addition, I have been in contact with the defendant Stanley J. Kott by
2  telephone, and email. I have attempted to work out his refusal to provide any
3  Initial Disclosure.

5  On May 19, 2008 at 9:30am (PDT), a telephonic Case Management Conference was
6  held. In attendance was Plaintiff Kenneth Lee Erickson, Defendant Stanley J.
7  Kott, attorney at law Roger Haskell Esq. representing the party CF 6290 TJ
8  and her Honor United States Magistrate Judge Cathy Ann Bencivengo. The
9  failure of the two above-mentioned defendants to respond to, or provide any,
10 or at all, the "Initial Disclosure" was discussed.

12 On May 19, 2008 at 1:33 (PDT), I made a call to Stanley J. Kott and spoke to
13 him about the "Initial Disclosure" problem. He told me that he had the
14 information that I was seeking but would never provide it.

16 On May 21, 2008 at 8:30 (PDT), I made a call, reached the attorney at law
17 Roger Haskell Esq., and spoke to him about his client's "Initial Disclosure"
18 problem. He told me that his clients still had done nothing to provide the
19 "Initial Disclosure." He said that he was unwilling to waste his clients
20 money discussing [these things] until he talked to his client about a
21 previous settlement offer. He agreed to call me at 1:00 pm, which he did.

23 At that time, Roger Haskell agreed that if his client[s], the defendant CF
24 6290 TJ and her owners did not start making an "Initial Disclosure" by Friday

Case No.: CV 07-2266

Declaration of KLE in support Motion For Order Compelling Disclosure or Discovery

-1-

1 May 23, 2008, that after Monday May 26, I may include his client CF 6290 TJ
2 in a motion to compel "Initial Disclosure."
3
4
5 Accordingly:
  I, Kenneth Lee Erickson hereby certify that I have in good faith conferred or
6
  attempted to confer with the above-mentioned parties who are not making the
7
  required "Initial Disclosure," all in an effort to secure the disclosure
8 without court action.
9
  Respectfully Submitted,
10
11 Kenneth Lee Erickson    5/27/2008
12 /s/ *Kenneth Lee Erickson*
13
14
15
16
17
18
19
20
21
22
23
24
25
Case No.: CV 07-2266

Declaration of KLE in support Motion For Order Compelling Disclosure or Discovery

-1