UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFONIA, ADMIRLTY

FILED
2008 MAY 28  AM 10: 58

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNH DEPUTY

Case No.: 07cv2266 LAB CAB

| | |
|---|---|
| KENNETH LEE ERICKSON<br><br>    Plaintiff,<br><br>vs.<br><br>CF 6290 TJ a barge, Stanley J Kott an individual and dba Kott Construction, and Does 1 through 10;<br><br>    Defendants | DECLARATION OF SERVICE<br><br>PERSON SERVED: Stanley J. Kott, CF 6290 TJ a barge,<br><br>DATE SERVED:   May 28, 2008 |

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents

**Notice of Motion, Motion to Compel, Declaration of Kenneth Lee Erickson, Memorandum of Points and Authorities**

1. In the following manner:

By placing a copy in a separate envelope, with postage fully prepaid, for each address named below; and, depositing each in the U.S. Mails at San Diego, Ca. on 5/28/2008.

Stanley J. Kott
52 Broadmoor Lane
Rotonda West, Florida
33947-1902

CF 6290 TJ, a barge
C/O Roger Haskell ESQ. Attorney
1719 Valkyria Lane
El Cajon, Ca.
92019-4144

Executed on 5/28/2008 at San Diego, California

George Robinson
/S/  *George Robinson*

-1-