# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED 2008 MAY 30 PM 2: 07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Burns
FROM: C Puttmann, Deputy Clerk    RECEIVED DATE: 5/23/2008
CASE NO.: 07cv2266 LAB CAB    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Erikson v. M/V CF 6290 TJ et al
DOCUMENT ENTITLED: Letter Re. Electronic Filing

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Ex Parte Correspondence Not Permitted; PACER does Access to docket through not require court approval. |

Date forwarded: 5/28/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS U.S. DISTRICT JUDGE**

Dated: 5-29-08    By: Chris, Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]



## Petition of Kenneth Lee Erickson to
## Receive Training and Use of the Courts Electronic Filing System

I am the Plaintiff in Case Number 0307cv2266. I would like to use the Electronic Filing System. Although, I am appearing Pro. Se. I would agree to be bound by the same standards and requirements as any attorney before the Southern District Court.

I have completed 1 year of law school at Western Sierra Law School. I have been previously employed as a computer engineer for various firms, and for the U.S. Navy as a civilian employee.

I possess the requisite computer skills and have an appreciation of what is expected of me if granted this privilege.

Respectfully Submitted,

Kenneth Lee Erickson

Wednesday, May 21, 2008