## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Erickson v. M/V CF 6290 TJ, et al.                    Case No: 07cv2266-LAB (CAB)

HON. Larry A. Burns              CT. DEPUTY Tisha Washam         Rptr.

                                            Present

Plaintiff(s):        No appearance.

Defendant(s):        No appearance.


Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented in plaintiff's Motion To Strike Counterclaim and Answer appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for June 23, 2008 is ***off-calendar*** and the matter is under submission.


DATED:   June 18, 2008                                    INITIALS: RLW Law Clerk