Case: 3:07cv2266

Returned Mail
No forwarding address

6/27/08

Stanley J. Kott
52 Broadmoor Lane
Rotonda West, FL 33947

---------------------------------------------------------

MIME-Version:1.0 From:efile_information@casd.uscourts.gov To:casd.uscourts.gov Bcc: Message-Id:<2666552@casd.uscourts.gov>Subject:Activity in Case 3:07-cv-02266-LAB-CAB Erickson v. M/V CF 6290 TJ et al Motions Submitted Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'**

### U.S. District Court

### Southern District of California

**Notice of Electronic Filing**
The following transaction was entered on 6/18/2008 at 4:24 PM PDT and filed on 6/18/2008

| | |
|---|---|
| **Case Name:** | Erickson v. M/V CF 6290 TJ et al |
| **Case Number:** | 3:07-cv-2266 |
| **Filer:** | |
| **Document Number:** | 30 |

**Docket Text:**
**Minute Entry: The court finds the issues presented in plaintiff's Motion To Strike Counterclaim and Answer appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for June 23, 2008 is off-calendar and the matter is under submission.(pdc)**

**3:07-cv-2266 Notice has been electronically mailed to:**
Roger Leslie Haskell  sanhaskell@aol.com
**3:07-cv-2266 Notice has been delivered by other means to:**
Kenneth Lee Erickson
2804 Canon St.
San Diego, CA 92106
Stanley J. Kott
52 Broadmoor Lane
Rotonda West, FL 33947
Stanley J. Kott
52 Broadmoor Lane
Rotonda West, FL 33947

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=6/18/2008] [FileNumber=2666550-0
] [3ff1164f538082fe7e337268042d9b7ff49d298096499dc301467831071096ae124
4c5ff3ad07627234d6917fb47c97aad18668de6840ff8cae3f27ad2d3b429]]

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Erickson v. M/V CF 6290 TJ, et al.          <u>Case No</u>: 07cv2266-LAB (CAB)

<u>HON. Larry A. Burns</u>                <u>CT. DEPUTY Tisha Washam</u>     <u>Rptr.</u>_____

                                    <u>Present</u>

<u>Plaintiff(s)</u>:        No appearance.

<u>Defendant(s)</u>:      No appearance.

Pursuant to Civil Local Rule 7.1(d)(1), the court finds the issues presented in plaintiff's Motion To Strike Counterclaim and Answer appropriate for decision on the papers and without oral argument.  Accordingly, the hearing presently scheduled for June 23, 2008 is **off-calendar** and the matter is under submission.

DATED:   June 18, 2008                           INITIALS: <u>RLW</u> Law Clerk

UNITED STATES DI . . . JRT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

049.J8204525I
$00.346
US POSTAGE

FIRST CLASS AUTO

RETURN SERVICE REQUESTED

Stanley J. Kott
52 Broadmoor Lane
Rotonda West, FL 33947

KOTT    T 921 N7E 1 509I    72 05/28/08
RETURN TO SENDER
TEMPORARILY AWAY
RETURN TO SENDER