UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE ERICKSON,<br><br>                          Plaintiff,<br><br>      v.<br><br>CF 6290 TJ; and STANLEY J. KOTT an individual and dba KOTT CONSTRUCTION,<br><br>                         Defendants. | Civil No.   07cv2266-LAB (CAB)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

     This Court wishes to address the status of this matter with all of the parties. Therefore, the parties (either in pro per or through their attorneys of record) are **HEREBY ORDERED** to make themselves available for a telephonic status conference **on July 22, 2008, at 1:30 p.m PST**.

     The Court will initiate the conference call. Plaintiff Kenneth Lee Erickson, Defendant Stanley J. Kott, and Roger L. Haskell (attorney of record for CF 6290 TJ (a barge)), shall be available **on July 22, 2008, at 1:30 p.m. PST** at their respective phone numbers listed on the docket (or at an alternate phone number provided to the Court at least 24 hours in advance of the status conference).

     **FAILURE TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE MAY**

/ / / / /

/ / / / /

/ / / / /

/ / / / /

**RESULT IN SANCTIONS BEING ISSUED AGAINST THE PARTY OR ATTORNEY OF RECORD.**

  **IT IS SO ORDERED.**

DATED: July 8, 2008

                _____
                **CATHY ANN BENCIVENGO**
                United States Magistrate Judge