UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE ERICKSON,<br><br>                              Plaintiff,<br><br>      v.<br><br>CF 6290 TJ; and STANLEY J. KOTT an individual and dba KOTT CONSTRUCTION,<br><br>                              Defendants. | Civil No.   07cv2266-LAB (CAB)<br><br>**ORDER REGARDING STATUS OF CASE, SETTING A FURTHER STATUS CONFERENCE AND DENYING PLAINTIFF'S MOTION TO COMPEL**<br>**[Doc. No. 28]** |

This case involves a claim for wages under state and federal seaman statutes. Plaintiff Kenneth Lee Erickson ("Erickson") is proceeding *pro se*. Defendant/counter-claimant Stanley J. Kott ("Kott") is also proceeding *pro se*. Roger L. Haskell, Esq., is representing defendant M/V CF 6290 TJ ("the Barge"). [Doc. No.15.] Following a telephonic Early Neutral Evaluation Conference, the Court ordered that initial disclosures be made by the parties before May 12, 2008. [Doc. No. 14.] A telephonic Case Management Conference was held on May 19, 2008 and the Court issued a Scheduling Order for this matter. [Doc. Nos. 20 and 21.] During that conference, Erickson indicated that he had not received initial disclosures from either defendant and the Court noted that the defendant Barge had not answered the complaint.

The Court ordered the Defendant Barge to file a responsive pleading not later than June 6, 2008 and admonished defendants that initial disclosures are required by the Federal Rules of Civil Procedure and the Court's Order and should be provided forthwith. On May 28, 2008, Erickson filed a motion to

compel initial disclosures by both defendants. [Doc. No. 28.]  Neither defendant submitted any responsive papers.

On July 22, 2008, the Court held a telephonic hearing regarding this discovery issue and also to address the status of the defendant Barge.  Counsel for the Barge represented that the parties had been engaged in efforts to resolve the litigation and, therefore, he delayed filing the responsive pleading.  Those discussions, however, have not progressed.  Although the Court encouraged the parties to continue negotiations, counsel for the Barge was admonished not to delay further and to file a responsive pleading and make initial disclosures forthwith.

With regard to defendant Kott's initial disclosures, the defendant represented that he has provided information to plaintiff Erickson.  Defendant Kott was advised that failure to make the requisite voluntary disclosures could result in preclusion of such evidence at a later time and he acknowledged he understood.  Plaintiff Erickson's motion to compel initial disclosures [Doc. No. 28] was **DENIED** and he was instructed to move on with propounding specific discovery requests to the defendants to obtain the information he seeks.  All parties were further admonished that failure to participate in discovery and comply in good faith with their respective obligations would result in sanctions.

The Court set a telephonic status conference for **August 29, 2008 at 1:30 p.m.** to monitor the progress of discovery and settlement negotiations in this matter.  The Court will initiate the call.

**IT IS SO ORDERED.**

DATED: July 25, 2008

CATHY ANN BENCIVENGO
United States Magistrate Judge