UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE ERICKSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CF 6290 TJ; and STANLEY J. KOTT an individual and dba KOTT CONSTRUCTION,<br><br>　　　　　　　　　Defendants. | Civil No.　07cv2266-LAB (CAB)<br><br>**ORDER REGARDING FAILURE TO APPEAR AT 8/29/08 STATUS CONFERENCE** |

　　　This case involves a claim for wages under state and federal seaman statutes.  Plaintiff Kenneth Lee Erickson ("Erickson") is proceeding *pro se*.  Defendant/counter-claimant Stanley J. Kott ("Kott") is also proceeding *pro se*.  Roger L. Haskell, Esq., is representing defendant M/V CF 6290 TJ ("the Barge"). [Doc. No.15.] Following a conference on July 22, 2008, the Court set a telephonic status conference for August 29, 2008 at 1:30 p.m. [Doc. No. 28.]  The Court initiated the conference call at the scheduled time and none of the parties were available.  No party contacted the Court prior to the scheduled hearing to request a continuance, nor has the Court been notified of a settlement.

　　　During the July 22, 2008 telephonic hearing the Court addressed discovery issues and the pleading status of defendant Barge.  The Barge had not yet filed a responsive pleading in this case, although counsel had previously been ordered by the Court to do so no later than June 6, 2008. [Doc. No. 21.] Although counsel for the Barge was admonished not to delay further and to file a responsive pleading immediately, there is still no pleading on file for the Barge.

1     The parties were also instructed during the July conference to proceed timely with discovery and comply in good faith with their respective obligations.  The purpose of the August 29, 2008 conference was to monitor the status of discovery and compliance of the parties.  Since no party was available for the conference and no motions regarding discovery have been submitted to the Court, the Court concludes that discovery is ongoing and no relief or enforcement is required.

    The Court's May 19, 2008 Scheduling Order [Doc. No. 21] remains in effect.  Consequently, the date for designation of expert witnesses expired on August 19, 2008.  No late designations will be permitted.  The parties are reminded that all discovery must be completed by December 19, 2008 and a Mandatory Settlement Conference is scheduled for December 15, 2008.  The parties are again admonished that failure to comply with the Court's orders will result in sanctions and no extensions will be granted.

**IT IS SO ORDERED.**

DATED:  August 29, 2008

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge